# CRISCIONE | RAVALA, LLP
## ATTORNEYS AT LAW

MAILING ADDRESS: 250 PARK AVENUE | 7TH FLOOR | NEW YORK, NEW YORK 10177
TELEPHONE (800) 583-1780 | FACSIMILE (800) 583-1787

M. SALMAN RAVALA, ESQ. ♦
♦ LICENSED IN NY
DIRECT: 1.212.920.7142 X. 502 | SRAVALA@LAWCRT.COM

April 16, 2021

---

**Plaintiff's requested extension (ECF No. 40) is GRANTED. Plaintiff shall submit proposed findings of fact and conclusions of law concerning damages no later than May 14, 2021. Defendants shall submit their response to Plaintiff's submission, if any, by May 28, 2021. The terms of the Court's March 12, 2021 Scheduling Order (ECF No. 38) are incorporated by reference.**

**The Clerk of the Court is respectfully directed to close ECF No. 40.**

**SO ORDERED     4/19/2021**

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

*Via Electronic Case Filing*
The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18A
New York, NY 10007

RE:
    **Case Title:** *Asesoral Business Partners, LLC v. Seatech Worldwide Corp. et al.*
    **Case No.:** 19-CV-11512-AJN

Dear Judge Cave:

    The undersigned counsel represents Plaintiff, Asesoral Business Partners, LLC, ("Plaintiff") in the above-captioned matter. Pursuant to Your Honor's Scheduling Order docketed on ECF (Doc. No. 38), the Court Ordered the Plaintiff to submit proposed findings of fact and conclusions of law as they relate to a Motion for Default Judgment that was granted, in part, by Hon. Alison J. Nathan.

    Regrettably, our office building remains closed due to an electrical fire that occurred in the building, and as such, the undersigned is unable to enter the building and access the client's file in this action. As such, we write to request a four-week extension to submit the requested information pursuant to Your Honor's Order. Enclosed is a copy of an email from the building office relating to the fire with no one being permitted to enter the premises.

    We thank you in advance.

                                            Respectfully,
                                            */s/ M. Salman Ravala*

                                            M. Salman Ravala, Esq.
                                            Criscione Ravala, LLP