UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASESORAL BUSINESS PARTNERS, LLC,

        Plaintiff,

-v-

SEATECH WORLDWIDE CORPORATION, ALLIANCE FISHERIES, INC., and JESUS DELGADO,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 11512 (AJN) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 11, 2021, this matter was referred to me to conduct an inquest and to issue a report and recommendation concerning Plaintiff's damages and attorneys' fees. (ECF No. 37). On March 12, 2021, the Court directed Plaintiff to submit proposed findings of fact and conclusions of law concerning damages no later than April 16, 2021. (ECF No. 38). On April 19, 2021, at Plaintiff's request, the Court extended this deadline to May 14, 2021. (ECF No. 41). To date, Plaintiff has neither filed its proposed findings of fact and conclusions of law concerning damages nor requested an extension of the now-lapsed deadline to do so.

The Court will afford Plaintiff one final opportunity to file the materials necessary for the Court to ascertain Plaintiff's damages. Accordingly, it is hereby **ORDERED** that:

1. Plaintiff shall submit proposed findings of fact and conclusions of law concerning damages no later than **May 21, 2021**. Plaintiff must support all factual assertions by affidavit and/or other evidentiary material. Plaintiff's requested attorneys' fees and costs must be recorded in the form below, adding fields as necessary, and supported by evidentiary material.

1

2. Defendants shall submit their response to plaintiff's submissions, if any, no later than **June 4, 2021**. <u>IF DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S SUBMISSIONS, OR (2) FAIL TO CONTACT MY CHAMBERS BY APRIL 30, 2021 AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.</u>, 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Services Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Plaintiff is directed to serve this Order on Defendant and file proof of service by no later than **May 21, 2021.**

Plaintiff is warned that failure to comply to this Order may cause the Court to issue an order to show cause why this case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

Dated: New York, New York
May 18, 2021

SO ORDERED

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**

| Requested Attorneys' Fees | | | |
|---|---|---|---|
| **Timekeeper** | **Requested Rate** | **Requested Hours** | **Requested Total** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL:** | |

| Requested Costs | | |
|---|---|---|
| **Type of Expense** | **Evidence (with ECF cite)** | **Amount Requested** |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL:** | |