**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Asesoral Business Partners, LLC,
                           Plaintiff,

              -against-

Seatech Worldwide Corporation, et al.,
                           Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2022

19 **CIVIL** 11512 (AJN)(SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 28, 2022, the R & R is adopted in its entirety and Plaintiff is awarded damages in the total amount of $556,321.00, in addition to pre-judgment interest (on the $371,268.00 in damages stemming from the Settlement Agreement, in the amount of $97,312.90 and the $185,053.00, stemming from the Invoices), in the amount of $47,774.09. Plaintiff is further entitled to post-judgment interest calculated pursuant to 28 U.S.C. § 1961 and equitable relief in the form of an accounting by Seatech of all revenue generated from the Van Ecuador brand since February 28, 2019; accordingly, the case is closed.

**Dated:** New York, New York
         April 28, 2022

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                 **BY:**
                                                        _____
                                                          **Deputy Clerk**